IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,   No. CIV S-03-CR-0555 KJM

  vs.

JOSE MARIA RENTERIA,

    Defendant.   <u>ORDER</u>

_____/

    On January 21, 2005, the court received a letter from defendant in which defendant inquires about the terms of his criminal sentence.  Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court forward the letter to Timothy Zindel, Assistant Federal Defender.

DATED: May 10, 2005.

UNITED STATES MAGISTRATE JUDGE

rent0555.fd